# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JALEN TONY HENRY,

    Defendant.

Case No. 2:19-cr-113-JCM-BNW

(Docket No. 7)

### Order

Pending before the Court is the United States' motion to continue Defendant Jalen Tony Henry's initial appearance. Docket No. 7. For good cause shown, the motion is GRANTED.

Defendant's initial appearance and arraignment and plea, currently set for May 15, 2019, is CONTINUED to May 22, 2019, at 2:30 p.m., in Courtroom 3D. The United States must notify Defendant of the new date and his requirement to appear.

IT IS SO ORDERED.

DATED: May 13, 2019

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE