Lance A. Maningo
MANINGO LAW
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
702.626.4646
lance@maningolaw.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JALEN HENRY,<br><br>　　　　Defendant. | 2:19-cr-00113-JCM-BNW<br><br>(First Request) |

Certification: This Stipulation and Order is being timely filed.

### STIPULATION TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED AND AGREED, by Defendant JALEN HENRY, by and through his attorney, LANCE A. MANINGO, ESQ., and the United States of America, by and through ERIC SCHMALE, Assistant United States Attorney, that the sentencing hearing currently scheduled for August 13, 2021, at 10:00 a.m. be vacated and continued to August 26, 2021, or a date and time convenient for this Court.

This Stipulation is entered into for the following reasons:

　　　　1.　　The parties agree to continue the sentencing date for purposes of counsel calendar conflict;

　　　　2.　　That Defendant HENRY is out of custody and does not object to this continuance;

　　　　3.　　That denial of this request for a continuance could result in a miscarriage of justice; and

1

4. This is the first request for a continuance of the sentencing date in this case.

RESPECTFULLY SUBMITTED this 15th day of July, 2021.

By: */s/ Lance Maningo*           By: */s/ Eric Schmale*
LANCE A. MANINGO, ESQ.          ERIC SCHMALE, AUSA
Attorney for Defendant HENRY       Attorney for Plaintiff

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JALEN HENRY, ) <br> ) <br> Defendant. ) | 2:19-cr-00113-JCM-BNW <br><br> (First Request) |

## FINDINGS OF FACTS

Based upon the pending Stipulation of the parties, and good cause appearing therefore, the Court finds that:

This Stipulation is entered into for the following reasons:

1. The parties agree to continue the sentencing date for purposes of counsel calendar conflict;

2. That Defendant HENRY is out of custody and does not object to this continuance;

3. That denial of this request for a continuance could result in a miscarriage of justice; and

4. This is the first request for a continuance of the sentencing date in this case.

## CONCLUSIONS OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defendant, since the failure to grant said continuance would be likely to result in a miscarriage of justice.

/ / / /

/ / / /

/ / / /

/ / / /

3

## ORDER

IT IS THEREFORE ORDERED that sentencing in this matter currently scheduled for August 13, 2021 at 10:00 a.m. be vacated and continued to <u>August 26, 2021</u> at <u>10:00 a.m.</u> in the above-noted Court.

DATED July 20, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**MANINGO LAW**

By: <u>/s/ Lance Maningo</u>
Lance A. Maningo
Nevada Bar No. 6405
400 South 4th Street, Suite 650
Las Vegas, Nevada 89101
Attorney for Defendant HENRY

4